AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

William Nidiffer and Georgia Nidiffer,

Plaintiffs,

V.

Oasis Moving & Storage, Inc.

Defendant.

**AMENDED DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-02012-RFB-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of the Plaintiffs and against Defendant Oasis Moving & Storage, Inc. in the following amounts:

For actual damages of $69,140.00 pursuant to 49 U.S.C. § 14706(a)(1);

For interest on the above amount accruing since December 15, 2014 at the rate of 5.25% per annum until paid in full;

For costs incurred by Plaintiffs of $444.50; and

For attorney's fees in the amount of $12,500.00 pursuant to 49 U.S.C. § 14708(d), plus interest accruing from the date of judgment at the statutory rate under Nevada law.

01/27/2016    /s/ Lance S. Wilson

Date    Clerk

/s/ NEV

(By) Deputy Clerk