UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM NIDIFFER and GEORGIA NIDIFFER, | |
| Plaintiffs, | Case No. 2:14-cv-02012-RFB-GWF |
| vs. | **ORDER** |
| OASIS MOVING & STORAGE, INC., | |
| Defendant. | |

This matter is before the Court on Plaintiffs' Motion to Compel Discovery Responses (ECF No. 15), filed on June 30, 2016. Defendant did not file an opposition to this motion and the time for opposition has now expired. The Court conducted a hearing in this matter on August 3, 2016. After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel Discovery Responses (ECF No. 15) is **granted**. Defendant shall respond to Plaintiffs' First Set of Interrogatories except as to Interrogatory Nos. 1(d) and 16, which as the Court explained on the record should be separately requested pursuant to Rule 34 of the Federal Rules of Civil Procedure. Failure to comply with this order may result in the imposition of sanctions.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to send a copy of this order to Defendant at the following address:

Erez Bitton
President and Registered Agent for
Oasis Moving & Storage, Inc.
2915 Coleman Street North
North Las Vegas, NV 89032

DATED this 3rd day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge